1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile:  (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Art Thoms, Scott Lunger, and Zachary Hoyer
7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 KEVIN WALKER,                    )    Case No:.  C 07 -06205 (TEH)
                                    )
11             Plaintiff,           )    REQUEST FOR JUDICIAL NOTICE;
                                    )    MEMORANDUM OF POINTS AND
12       -vs-                       )    AUTHORITIES; (PROPOSED) ORDER
                                    )    [F.R.C.P. 12(b)(1), (6)]
13 CITY OF HAYWARD, OFFICER ART     )
   THOMS, OFFICER SCOTT LUNGER, and )    Date:  2/11/08 (Monday)
14 OFFICER ZACHARY HOYER,           )    Time: 10:00 a.m.
   individually and their official capacities;  )    Crtrm:12
15 AMERICAN DISCOUNT SECURITY; and  )           450 Golden Gate Avenue, 19th Fl.
   DAVID WARDAK aka DAVID WARDUK,   )           San Francisco, California
16                                  )           The Honorable Thelton E. Henderson
                Defendants.
17

18 _____

19                 TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

20              PLEASE TAKE NOTICE that on February 11, 2008  at 10:00  a.m., in Courtroom 12,

21 located of 450 Golden Gate Avenue, 19th Floor, San Francisco, California,  defendants City of

22 Hayward ("City"), Art Thoms ("Thoms"), Scott Lunger ("Lunger"), and Zachary Hoyer

23 ("Hoyer") request that this Court take judicial notice of Exhibits B and C, attached to the

24 Declaration of Randolph S. Hom, which are true and correct copies of plaintiffs' claim presented

25 to the City on December 4, 2007, and the City's Notice of Rejection of  Claim issued on

26 December 20, 2007, and also referenced in defendants' motion to dismiss which is filed

27 concurrently with this request for judicial notice. This request is made pursuant to Federal Rules

28 of Evidence Code Section 201, and the decision in Mullis v. United States Bank. Ct., 828 F.2d

_____

1   1385, 1388 (9th Cir. 1987). [Plaintiff alleged that "Plaintiff timely filed his notice of claim with

2   the CITY OF HAYWARD asserting the state law causes of action against Defendants

3   HAYWARD, THOMS, LUNGER, and HOYER" (Plaintiff's complaint at 6:13-15.)

4   Nevertheless, the Court need not accept as true the allegations that conduct facts which may be

5   judicially noticed by the Court.]

6       The request for judicial notice will be based upon this Notice, the Memorandum of

7   Points and Authorities, the Declaration of Randolph S. Hom, the pleadings and records contained

8   in the court file, the Motion to Dismiss filed and served concurrently with this notice, and with

9   any other oral and documentary evidence presented to the Court at the time of hearing.

10              **MEMORANDUM OF POINTS AND AUTHORITIES**

11  **I. THE COURT MAY JUDICIALLY NOTICE OFFICIAL GOVERNMENT RECORDS
    WHICH ARE CAPABLE OF READY AND ACCURATE DETERMINATION AND
12  WHICH CONTRADICT FACTUAL ALLEGATIONS ON THE FACE OF THE
    PLEADINGS**

13      Federal Rules of Evidence Section 201(b)(2) allows the court to judicially notice facts

14  "capable of accurate and ready determination by resort to sources whose accuracy cannot

15  reasonably be questioned."  On a motion to dismiss, the court may take judicial notice of matters

16  of public record outside the pleadings.  MGIC Indemnity Corp. v. Weisman, 803 F.2d 500, 504

17  (9th Cir. 1986).  Pursuant to Federal Rules of Evidence Section 201, a court may take judicial

18  notice of a city's official records.  Grassroots v. County of San Francisco,1994 U.S.Dist LEXIS

19  15130 (N.D. CA 1994); see also Poway Unified School District v. Superior Court, 62

20  Cal.App.4th 1496 (1998).  It should be noted that the court need not accept as true the allegations

21  that contradict facts which may be judicially noticed by the court.  Mullis v. United States Bank.

22  Ct.,828 F.2d 1385, 1388 (9th Cir. 1987).

23      Accordingly, all documents maintained by the City relating to plaintiff's claim,

24  including his claim presented to the City on December 4, 2007, and the City's Notice of

25  Rejection of Claim issued on December 20, 2007 are within the scope of Federal Rules of

26  Evidence Section 201.  Moreover, the content of the factual allegations in said documents

27  including the date of presentation of the claim, and the issuance date of the City's Notice of

28

1    Rejection of Claim are not reasonably subject to dispute. Federal Rules of Evidence Section 201.

2    **II. CONCLUSION**

3              Based on the foregoing, defendants respectfully requests that this court take judicial

4    notice of the aforementioned exhibits.

5

6    DATED: January 2, 2008                    MICHAEL J. O'TOOLE, City Attorney

7

8
                                        By:    /S/
9                                              RANDOLPH S. HOM, Assistant  City Attorney,
                                              Attorneys for Defendants City of Hayward, Art
10                                             Thoms, Scott Lunger, and Zachary Hoyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28