1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile: (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Art Thoms, Scott Lunger, and Zachary Hoyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN WALKER, | ) | Case No:. C 07 -06205 (TEH) |
| | ) | |
| Plaintiff, | ) | (PROPOSED) ORDER |
| | ) | |
| -vs- | ) | |
| | ) | |
| CITY OF HAYWARD, OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and their official capacities; AMERICAN DISCOUNT SECURITY; and DAVID WARDAK aka DAVID WARDUK, | ) ) ) ) ) ) | |
| Defendants. | | |

_____

Defendants' Motion to Dismiss came on regularly for hearing on February __, 2008, at 10:00 a.m., in Courtroom 12, of the above-referenced court. The tentative ruling not being contested, or alternatively, all parties appearing by way of their respective counsel and good cause appearing therefor:

IT IS HEREBY ORDERED that:

A.  Defendants' Motion to Dismiss plaintiffs' fifth and sixth causes of action is GRANTED without leave to amend.

B.  Defendants City of Hayward, Art Thoms, Scott Lunger, and Zachary Hoyer are hereby dismissed with prejudice from plaintiffs' fifth and sixth causes of action.

1
2  DATED: _____, 2008  _____
3                                    JUDGE OF THE UNITED STATES DISTRICT COURT
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28