1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile:  (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Art Thoms, Scott Lunger, and Zachary Hoyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN WALKER, | ) | Case No:. C 07 -06205 (TEH) |
| | ) | |
| Plaintiff, | ) | DEFENDANTS' AMENDED NOTICE OF |
| | ) | MOTION AND MOTION TO DISMISS |
| -vs- | ) | PLAINTIFF'S COMPLAINT FOR FAILURE |
| | ) | TO STATE A CLAIM UPON WHICH |
| CITY OF HAYWARD, OFFICER ART | ) | RELIEF MAY BE GRANTED; |
| THOMS, OFFICER SCOTT LUNGER, and | ) | [F.R.C.P. 12(b)(1), (6)] |
| OFFICER ZACHARY HOYER, | ) | |
| individually and their official capacities; | ) | Date:  2/25/08 (Monday) |
| AMERICAN DISCOUNT SECURITY; and | ) | Time: 10:00 a.m. |
| DAVID WARDAK aka DAVID WARDUK, | ) | Crtrm:12 |
| | | 450 Golden Gate Avenue, 19th Fl. |
| Defendants. | | San Francisco, California |
| | | The Honorable Thelton E. Henderson |

_____

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

As per the direction of Court Clerk, Rowena Espinoza, please take notice that defendants' motion to dismiss has been continued to February 25, 2008 at 10:00 a.m., in Courtroom 12, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California.


DATED: January 9, 2008          MICHAEL J. O'TOOLE, City Attorney


                                By   /S/
                                _____
                                Randolph S. Hom, Assistant City Attorney
                                Attorneys for defendants City of Hayward,
                                Art Thoms, Scott Lunger, and Zachary Hoyer

---

Walker  v. City of Hayward, et al.                      Defendants' Amended Notice of Motion
USDC Case No. C 07-06205 (TEH)                                and Motion to Dismiss