1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
   Telephone: (510) 981-1808
3  Facsimile: (510) 981-1817
4
5  Attorney for Plaintiff, KEVIN WALKER
6
7                UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  KEVIN WALKER, | Case Number: C07-06205 TEH |
| 11      Plaintiff | |
| 12 | **CERTIFICATE OF SERVICE** |
| 13      vs. | |
| 14  CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK, | |
| 18      Defendants. | |

21                  **CERTIFICATE OF SERVICE**
22      I, the undersigned, declare:
23      I am over the age of 18, not a party to this action and am employed in the County of
24  Alameda. My business address is 2208 Lakeshore Avenue, Oakland, California.
25      On December 14, 2007, I served on Connie Macias, Deputy City Clerk, City of
26  Hayward, 777 B Street, Hayward, California, copies of the following documents:
27  / . / . /
28  / . / . /

---

CERTIFICATE OF SERVICE                              Kevin Walker v. City of Hayward et al.
C07-06205 TEH                      -1-

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; GUIDELINES RE FILING PROCESS IN U.S. DISTRICT COURT IN SAN FRANCISCO

addressed to:

- City of Hayward, 777 B Street, Hayward, California
- Officer Art Thoms, Hayward Police Department, 300 West Winton Avenue, Hayward, California
- Officer Scott Lunger, Hayward Police Department, 300 West Winton Avenue, Hayward, California
- Officer Zachary Hoyer, Hayward Police Department, 300 West Winton Avenue, Hayward, California

On December 14, 2007, I also served on Sayed Majrooh, Operations Manager, American Discount Security, 33231 Transit Avenue, Union City, California, copies of the foregoing documents addressed to:

- American Discount Security, 33231 Transit Avenue, Union City, California
- Daud Wardak aka David Wardak, 350 Franciscan Court, #11, Fremont, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 14, 2008, at Oakland, California.

_____
Roman Edwards