# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kevin Walker

**SUMMONS IN A CIVIL CASE**

v.          **E-filing**

CASE NUMBER:

City of Hayward, Art Thoms, Scott Lunger,
Zachary Hoyer, American Discount Security,
Daud Wardak aka David Wardak

**ADR**

**C07-06205**

**TEH**

TO: (Name and address of defendant)

City of Hayward, 777 B St., Hayward, CA 94541
Officer Art Thoms, Hayward Police Dept., 300 West Winton Ave., Hayward, CA 94544
Officer Scott Lunger              "               "               "
Officer Zachary Hoyer             "               "               "
American Discount Security, 33231 Transit Ave, Union City, CA 94587
David Wardak, 350 Franciscan Ct., #11, Fremont, CA 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jivaka Candappa, Attorney at Law
46 Shattuck Square, #15
Berkeley, CA 94704

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JESSIE MOSLEY

(BY) DEPUTY CLERK

DATE_____

DEC - 7 2007

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/14/07 |

| Name of SERVER | TITLE |
|---|---|
| Roman Edwards | Registered Process Server Alameda Co. # 762 |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☒     Other (specify):   SERVED TO CONNIE MACIAS, DEPUTY CITY CLERK ON BEHALF OF CITY OF HAYWARD
777 B St, Hayward, CA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 25 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/7/08
        *Date*

*Signature of Server*

2208 Lakeshore Ave., Oakland
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 12/14/07 |
| Name of SERVER ROMAN EDWARDS | TITLE | REGISTERED PROCESS SERVER ALAMEDA CO. # 762 |

| Check one box below to indicate appropriate method of service |
|---|

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other (specify):  SERVED ON CONNIE MACIAS, DEPUTY CITY CLERK ON BEHALF OF HAYWARD POLICE OFFICER ART THOMS CITY OF HAYWARD
777 B ST., HAYWARD, CA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $25.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/7/08
　　　　　　　　Date

_____
Signature of Server

2708 LAKESHORE AVE., OAKLAND
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/14/07 |

| Name of SERVER | TITLE |
|---|---|
| ROMAN EDWARDS | REGISTERED PROCESS SERVER ALAMEDA CO. # 762 |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☒    Other (specify): SERVED ON CONNIE MACIAS, DEPUTY CITY CLERK ON BEHALF OF HAYWARD POLICE OFFICER SCOTT LUNGER CITY OF HAYWARD
777 B ST., HAYWARD, CA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/7/08
          Date

                           Signature of Server

                           2208 LAKESHORE AVE., OAKLAND
                           Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/14/07 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE REGISTERED PROCESS SERVER |
|---|---|
| ROMAN EDWARDS | ALAMEDA CO. # 762 |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:


☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐   Returned unexecuted:


☒   Other (specify):   SERVED ON CONNIE MACIAS, DEPUTY CITY CLERK ON BEHALF OF HAYWARD POLICE OFFICER ZACHARY HOYER CITY OF HAYWARD
777 B ST., HAYWARD, CA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/7/08
_____
Date

_____
Signature of Server

2208 LAKESHORE AVE., OAKLAND
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure