**PRINDLE, DECKER & AMARO LLP**
Stephen C. Klausen, Esq. (SBN: 55805)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
ADSS-0001

Attorneys for Defendants
**AMERICAN DISCOUNT SECURITY and
DAUD WARDAK aka DAVID WARDAK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| KEVIN WALKER,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>   Defendants. | CASE NO. C07-06205 TEH<br>Assigned to Hon. Thelton E. Henderson<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO DISMISS, PRESENTING DEFENSE OF FAILURE TO STATE A CLAIM**<br><br>Old Hearing<br>Date : February 26, 2008<br>Time : 10:00 a.m.<br>Ctrm : 12<br><br>New Hearing<br>Date : March 3, 2008<br>Time : 10:00 a.m.<br>Ctrm : 12 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants, AMERICAN DISCOUNT SECURITY; AND DAUD WARDAK aka DAVID WARDAK's, Motion to Dismiss, presently set for hearing before this Court in Courtroom "12", on February 26, 2008, at

///
///
///
///

1

1  10:00 a.m., shall now be heard in **Courtroom "12", on March 3, 2008, at 10:00 a.m.**
2  or as soon thereafter as counsel can be heard.

4  DATED: January 25, 2008        PRINDLE, DECKER & AMARO LLP

6                    By: _/s/_____
7                         STEPHEN C. KLAUSEN
                          Attorneys for Defendants
8                         AMERICAN DISCOUNT SECURITY and
                          DAUD WARDAK aka DAVID WARDAK

**PROOF OF SERVICE**
*Kevin Walker v. City of Hayward, et al.*
Case No. C07-06205 TEH

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 310 Golden Shore, 4th Floor, Long Beach, California 90802.

On January 25, 2008, I caused the foregoing document to be served, described as **AMENDED NOTICE OF HEARING ON MOTION TO DISMISS, PRESENTING DEFENSE OF FAILURE TO STATE A CLAIM** on all interested parties to this action, through the use of the website maintained by USDC for electronic service:

SEE ATTACHED SERVICE LIST

☒ **BY E-FILING:** By submitting an electronic version of the document. This case has been ordered for Electronic Case Filing.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☐ **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. _____ to Fax Numbers listed on service list_____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 25, 2008, at Long Beach, California.

_____
ALICE RUSA

*Kevin Walker v. City of Hayward, et al.*
Case No. C07-06205 TEH

SERVICE LIST

| | |
|---|---|
| Jivaka Candappa, Esq.<br>46 Shattuck Square, Suite 15<br>Berkeley, CA 94704 | Attorneys for Plaintiff, Kevin Walker<br><br>T: (510) 981-1808<br>F: (510) 981-1817 |
| Randolph S. Hom<br>City Attorney's Office<br>777 "B" Street, 4th Floor<br>Hayward, CA 94541 | Attorneys for City of Hayward; Officer Art Thoms; Officer Scott Lunger; Officer Zachary Hoyer<br><br>T: (510) 583-4450<br>F: (510) 583-3660 |