1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile: (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Art Thoms, Scott Lunger, and Zachary Hoyer

7
   JIVAKA CANDAPPA (SBN 225919)
8  46 Shattuck Square #15
   Berkeley, California 94704
9  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817

10
   Attorneys for Plaintiff Kevin Walker
11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14  KEVIN WALKER,                    )   Case No:. C 07-06205 (TEH)
                                     )
15               Plaintiff,          )   STIPULATION AND (PROPOSED)
                                     )   ORDER FOR DISMISSAL OF ALL
16       -vs-                        )   STATE CAUSES OF ACTION AGAINST
                                     )   CITY DEFENDANTS
17  CITY OF HAYWARD, OFFICER ART     )
    THOMS, OFFICER SCOTT LUNGER, and )
18  OFFICER ZACHARY HOYER,           )
    individually and their official capacities; )
19  AMERICAN DISCOUNT SECURITY; and  )
    DAVID WARDAK aka DAVID WARDUK,   )
20                                   )
                 Defendants.
21

22  _____

23                              **STIPULATION**

24       All parties related to the Motion to Dismiss filed by defendants City of Hayward ("City"),

25  Art Thoms, Scott Lunger, and Zachary Hoyer, currently set for hearing on February 25, 2008,

26  hereby stipulate and agree by and through their respective counsel as follows:

27       That plaintiff dismisses the state causes of action (fifth and sixth causes of action

---

Walker. v. City of Hayward, et al.           Stipulation and (Proposed) Order for Dismissal of
Case No. C-07 06205                    1     All State Causes of Action

1  of plaintiff's complaint) plead against the City defendants including the City of Hayward, Art
2  Thoms, Scott Lunger, and Zachary Hoyer, from this action with prejudice.
3      That in the interests of judicial economy, that the aforementioned Motion to Dismiss be
4  accordingly taken off calendar.

5

6  _____ LAW OFFICES OF JIVAKA CANDAPPA

7

8  Dated: February 1, 2008    By: /s/ _____
                                   JIVAKA CANDAPPA
9                                  Attorney for Plaintiff

10

11      OFFICES OF THE HAYWARD CITY ATTORNEY

12  Dated: February 1, 2008    By: /s/ _____
                                   RANDOLPH S. HOM
13                                 Attorney for Defendants

14

15

16  **ORDER**

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  Dated: _____
                      THE HONORABLE THELTON E. HENDERSON
20

21

22

23

24

25

26

27

---

Walker, v. City of Hayward, et al.                                  Stipulation and (Proposed) Order for Dismissal of
Case No. C-07 06205                      2                          All State Causes of Action