MICHAEL S. LAWSON (SBN 048172)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile: (510) 583-3660

Attorneys for Defendants City of Hayward,
Art Thoms, Scott Lunger, and Zachary Hoyer

JIVAKA CANDAPPA (SBN 225919)
46 Shattuck Square #15
Berkeley, California 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorneys for Plaintiff Kevin Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>     Plaintiff,<br><br>-vs-<br><br>CITY OF HAYWARD, OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and their official capacities; AMERICAN DISCOUNT SECURITY; and DAVID WARDAK aka DAVID WARDUK,<br><br>     Defendants. | Case No:. C 07-06205 (TEH)<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER FOR DISMISSAL OF ALL STATE CAUSES OF ACTION AGAINST CITY DEFENDANTS |

**STIPULATION**

All parties related to the Motion to Dismiss filed by defendants City of Hayward ("City"), Art Thoms, Scott Lunger, and Zachary Hoyer, currently set for hearing on February 25, 2008, hereby stipulate and agree by and through their respective counsel as follows:

That plaintiff dismisses the state causes of action (fifth and sixth causes of action

---

Walker, v. City of Hayward, et al.
Case No. C-07 06205

1

Stipulation and (Proposed) Order for Dismissal of
All State Causes of Action

of plaintiff's complaint) plead against the City defendants including the City of Hayward, Art Thoms, Scott Lunger, and Zachary Hoyer, from this action with prejudice.

That in the interests of judicial economy, that the aforementioned Motion to Dismiss be accordingly taken off calendar.

LAW OFFICES OF JIVAKA CANDAPPA

Dated: February 1, 2008     By: /s/ JIVAKA CANDAPPA
                                 Attorney for Plaintiff

OFFICES OF THE HAYWARD CITY ATTORNEY

Dated: February 1, 2008     By: /s/ RANDOLPH S. HOM
                                 Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/04/08
                             THE HONORABLE THELTON E. HENDERSON

*Judge Thelton E. Henderson* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)