IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, et al..,<br><br>        Defendant. | No. C 07-06205 TEH<br><br>**CLERK'S NOTICE VACATING HEARING DATE** |

    YOU ARE NOTIFIED THAT the **motion to dismiss**, which has been noticed for hearing on *03/03/08*, will be decided on the papers submitted without oral argument. Accordingly, the matter is hereby VACATED.

Dated:   February 27, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    R. B. Espinosa
    Deputy Clerk