JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiff, KEVIN WALKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>　　　　Plaintiff<br><br>　　　vs.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>　　　　Defendants. | Case Number: C07-06205 TEH<br><br>**PLAINTIFF KEVIN WALKER'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 3, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jivaka Candappa

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jivaka Candappa, Attorney
　　　　　　　　　　　　　　　　　　　　　　for Plaintiff, KEVIN WALKER

---

PLAINTIFF'S DISCLOSURE OF NON-PARTY　　　　　*Kevin Walker v. City of Hayward et al.*
INTERESTED ENTITIES OR PERSONS　　　　　　　Case No: C07-06205 TEH