UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Walker,

CASE NO. C07-06205

Plaintiff(s),

v.

City of Hayward, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 3/21/08

/s/ JIVAKA CANDAPPA
Attorney for Plaintiff

Dated: 3/21/08

/s/ JAMES G. MURRAY
Attorney for Defendant
American Discount Security and
Daud Wardak

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

    Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                                   _____

                                                    UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**
*Kevin Walker v. City of Hayward, et al.*
*Case No. C07-06205 TEH*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 310 Golden Shore, 4th Floor, Long Beach, California 90802.

On March 21, 2008, I caused the foregoing document to be served, described as **STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS** on all interested parties to this action, through the use of the website maintained by USDC for electronic service:

SEE ATTACHED SERVICE LIST

☒ **BY E-FILING:** By submitting an electronic version of the document. This case has been ordered for Electronic Case Filing.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☐ **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. _____ to Fax Numbers listed on service list _____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2008, at Long Beach, California.

_____
ALICE RUSA

*Kevin Walker v. City of Hayward, et al.*
*Case No. C07-06205 TEH*

SERVICE LIST

| | |
|---|---|
| Jivaka Candappa, Esq.<br>46 Shattuck Square, Suite 15<br>Berkeley, CA 94704 | Attorneys for Plaintiff, Kevin Walker<br><br>T: (510) 981-1808<br>F: (510) 981-1817 |
| Randolph S. Hom<br>City Attorney's Office<br>777 "B" Street, 4th Floor<br>Hayward, CA 94541 | Attorneys for City of Hayward; Officer Art Thoms; Officer Scott Lunger; Officer Zachary Hoyer<br><br>T: (510) 583-4450<br>F: (510) 583-3660 |