IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN WALKER,

                Plaintiff,

v.

CITY OF HAYWARD, et al.,

                Defendants.

NO. C07-6205 TEH

ORDER REFERRING CASE TO MEDIATION

On February 25, 2008, counsel for Plaintiff and Defendants City of Hayward, Art Thoms, Scott Lunger, and Zachary Hoyer filed a stipulation to participate in the Court's mediation program and to hold the ADR session by the presumptive deadline – i.e., within 90 days of the date of the order referring the case to mediation. On March 21, 2008, counsel for Plaintiff and Defendants American Discount Security and Daud Wardak filed a separate stipulation to participate in the Court's mediation program and to hold the ADR session by the presumptive deadline. Thus, all parties have now agreed to mediate this case within 90 days of the Court's order referring the case to mediation.

Accordingly, pursuant to the parties' stipulations, IT IS HEREBY ORDERED that this case is referred to the Court's mediation program. IT IS FURTHER ORDERED that the mediation session shall occur within 90 days of the date of this order.

**IT IS SO ORDERED.**

Dated: 03/24/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT