United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| Walker, | 07-06205 TEH MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Hayward, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Hodgkins**
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612
(510) 238-6135

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06205 TEH MED                               - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 3, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06205 TEH MED                           - 2 -