UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  April 21, 2008

**Case No:** C 07-06205 TEH

**Case Title**:  KEVIN WALKER v. CITY OF HAYWARD, ET AL.

**Appearances:** The Court: by telephonic appearance

    For Plaintiff(s): Jivaka Candappa appeared telephonically

    For Defendant(s): Randy Hom and James Murray present

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: None

## *PROCEEDINGS*

1. Initial Case Management Conference - Held.

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: 8/4/08 at 1:30 p.m. for Further Case Management Conf.

## *SUMMARY*

IT IS ORDERED that insurance policy from ADS is due by 4/28/08.   Joint case management statements due by 7/28/08.  Parties reported that mediation is currently scheduled for 6/16/08.