IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, ET AL.,<br><br>        Defendant. | No. C 07-06205 TEH<br><br>**Clerk's Notice**<br>**Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Further Case Management Conference* previously set for August 4, 2008 at 1:30 p.m. has been rescheduled for **August 11, 2008** at **1:30 p.m.**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

All other deadlines in the initial case management scheduling order filed on December 7, 2007 remain in effect.

All other dates in the briefing schedule remain in effect.

Dated:   April 22, 2008                                                             FOR THE COURT,

                                                                                   Richard W. Wieking, Clerk

                                                                                   By: /s/Frank Justiliano
                                                                                           Frank Justiliano
                                                                                           Deputy Clerk

*United States District Court*
*For the Northern District of California*