IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER, | No. C 07-06205 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| CITY OF HAYWARD, et al., | |
| Defendant.                                      / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Motion Hearing* previously set for 06/09/08 at 10:00 AM has been rescheduled for **Monday, 06/16/08** at **10:00AM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.   All other dates remain in effect.


Dated:   May 28, 2008                                           FOR THE COURT,

                                                                                Richard W. Wieking, Clerk

                                                                                By:_____
                                                                                       R. B. Espinosa
                                                                                       Deputy Clerk