# CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney  
John A. Russo  
City Attorney  
James F. Hodgkins, Supervising Trial Attorney

June 3, 2008

(510) 238-3601  
FAX: (510) 238-6500  
TTY/TDD: (510) 238-7367  
(510) 238-6135

**FILED**

**JUN 0 4 2008**

RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Jivaka Candappa  
Attorney at Law  
46 Shattuck Square, Suite 15  
Berkeley, CA 94704

Randolph S. Hom  
City Attorney's Office  
777 B Street, 4th Floor  
Hayward, Ca 94541

James Gary Murray  
Stephen Carl Klausen  
PRINDLE, DECKER & AMARO  
310 Golden Shore Drive, 4th Floor  
Long Beach, CA 90802

RE: **Kevin Walker v. City of Hayward, et al.**  
United States District Court Case No. C07-06205 TEH (MED)

Dear Counsel:

This will confirm that mediation in this case has been rescheduled for **July 1, 2008**, commencing at **10:00 a.m.** We will meet at my offices at Oakland City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland (near 14th Street and Broadway). We will work through the afternoon and determine if a further mediation session is warranted.

Walker v. City of Hayward
June 3, 2008
Page Two

      Kindly forward a copy of the stipulation and order continuing the last day to mediate for my files. I look forward to working with you and your clients.

                            Sincerely yours,

                            JOHN A. RUSSO
                            City Attorney

                            By: _____
                                JAMES F. HODGKINS,
                                Mediator

cc: Alice M. Fiel, ADR Case Administrator

JFH:aah
452898