1 | **PRINDLE, DECKER & AMARO LLP**
James G. Murray, Esq. (Bar No. 120049)
2 | 310 Golden Shore, Fourth Floor
P.O. Box 22711
3 | Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
4 | Fax No.: (562) 495-0564
ADSS-0001

5

6 | Attorneys for Defendants
**AMERICAN DISCOUNT SECURITY and**
**DAUD WARDAK aka DAVID WARDAK**

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11 | KEVIN WALKER,                          CASE NO: C07-06205 TEH
                                             Assigned to Hon. Thelton E. Henderson
12 |         Plaintiff,
                                             **JOINT STIPULATION TO**
13 | v.                                      **EXTEND MEDIATION DEADLINE**
                                             **TO JULY 31, 2008**
14 | CITY OF HAYWARD; OFFICER
ART THOMS, OFFICER SCOTT                First Amended
15 | LUNGER, and OFFICER ZACHARY            Complaint Filed   : April 4, 2008
HOYER, individually and in their        Discovery Cut-off : None
16 | official capacities; AMERICAN          Motion Cut-off    : None
DISCOUNT SECURITY; and DAUD
17 | WARDAK aka DAVID WARDAK,

18 |         Defendants.

19

20 |     WHEREAS, the parties to this stipulation, in order to avoid unnecessary

21

22 | burden and expense on the court, hereby stipulate and agree to extend the mediation

23 | deadline from June 23, 2008 to July 31, 2008. This continuance is necessary

24

25 | because the Motion to Dismiss First Amended Complaint filed by defendants,

26 | American Discount Security and Daud Wardak aka David Wardak, has been set for

27 | hearing on June 16, 2008, at 10:00am, which conflicts with the presently scheduled

28

-1-
JOINT STIPULATION TO EXTEND MEDIATION DEADLINE

mediation with mediator, James F. Hodgkins, at the Oakland City Hall at 10:00am on June 16, 2008.

IT IS SO STIPULATED BY THE UNDERSIGNED PARTIES

DATED: June 4, 2008                JIVAKA CANDAPPA, ESQ.

                                   By: /s/
                                   Attorneys for PLAINTIFF, KEVIN
                                   WALKER

DATED: June 4, 2008                RANDOLPH S. HOM, ESQ

                                   By: /s/
                                   Attorneys for City of Hayward; Officer
                                   Art Thoms; Officer Scott Lunger;
                                   Officer Zachary Hoyer

DATED: June 4, 2008                JAMES G. MURRAY, ESQ.

                                   By: [signature]
                                   Attorneys for American Discount
                                   Security and Daud Wardak aka
                                   David Wardak

**PROOF OF SERVICE**
*Kevin Walker v. City of Hayward, et al.*
*Case No. C07-06205 TEH*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 310 Golden Shore, 4th Floor, Long Beach, California 90802.

On June 05, 2008, I caused the foregoing document to be served, described as **JOINT STIPULATION TO EXTEND MEDIATION DEADLINE TO JULY 31, 2008; [PROPOSED] ORDER** on all interested parties to this action, through the use of the website maintained by USDC for electronic service:

SEE ATTACHED SERVICE LIST

[X] **BY E-FILING:** By submitting an electronic version of the document. This case has been ordered for Electronic Case Filing.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

[ ] **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. _____ to Fax Numbers listed on service list _____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

[ ] [State]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] [Federal]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 05, 2008, at Long Beach, California.

KERI CORONA

*Kevin Walker v. City of Hayward, et al.*
*Case No. C07-06205 TEH*

SERVICE LIST

| | |
|---|---|
| Jivaka Candappa, Esq.<br>46 Shattuck Square, Suite 15<br>Berkeley, CA 94704 | Attorneys for Plaintiff, Kevin Walker<br><br>T: (510) 981-1808<br>F: (510) 981-1817 |
| Randolph S. Hom<br>City Attorney's Office<br>777 "B" Street, 4th Floor<br>Hayward, CA 94541 | Attorneys for City of Hayward; Officer Art Thoms; Officer Scott Lunger; Officer Zachary Hoyer<br><br>T: (510) 583-4450<br>F: (510) 583-3660 |