**PRINDLE, DECKER & AMARO LLP**
James G. Murray, Esq. (Bar No. 120049)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
ADSS-0001

Attorneys for Defendants
**AMERICAN DISCOUNT SECURITY and
DAUD WARDAK aka DAVID WARDAK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| KEVIN WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>  Defendants. | CASE NO.: C07-06205 TEH<br>Assigned to Hon. Thelton E. Henderson<br><br>**[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE TO JULY 31, 2008**<br><br>First Amended<br>Complaint Filed    : April 4, 2008<br>Discovery Cut-off : None<br>Motion Cut-off     : None |

   WHEREAS the parties hereto have stipulated and agreed to extend the mediation deadline in this action due to the scheduling conflicts between the currently scheduled mediation and the hearing on defendants' American Discount Security Services and Daud akd David Wardak's Motion to Dismiss First Amended Complaint, both of which are scheduled for June 16, 2008, the Court orders as follows:

## ORDER

FOR GOOD CAUSE APPEARING, the mediation completion deadline is continued from June 23, 2008 to July 31, 2008.

IT IS SO ORDERED.

DATED: June __, 2008

_____

Hon. Thelton E. Henderson

United States District Court

-2-
[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE TO JULY 31, 2008