IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN WALKER,

            Plaintiff,

   v.

CITY OF HAYWARD, et al.,

            Defendants.

NO. C07-6205 TEH

ORDER EXTENDING MEDIATION DEADLINE TO JULY 31, 2008

    The parties have stipulated to extend the mediation deadline to July 31, 2008, because the Court rescheduled the June 9, 2008 motion hearing for June 16, 2008, the originally scheduled mediation date. The Court has now vacated the June 16 motion hearing, and the parties are therefore again free to attend a mediation session on that date. However, the Court notes that the mediator has already rescheduled the mediation session for July 1, 2008. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the deadline to complete mediation is continued until July 31, 2008.

**IT IS SO ORDERED.**

Dated: 06/06/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT