1   MICHAEL S. LAWSON (SBN 048172)
    City Attorney
2   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 "B" Street
4   Hayward, California 94541
    Telephone: (510) 583-4450
5   Facsimile:  (510) 583-3660

6   Attorneys for Defendants City of Hayward,
    Art Thoms, Scott Lunger, and Zachary Hoyer
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
    KEVIN WALKER                      Case No:.  C 07 06205 (TEH)
10
                       Plaintiff,     DEFENDANTS' ANSWER TO FIRST
11                                    AMENDED COMPLAINT
            -vs-
12                                    AND
    CITY OF HAYWARD, OFFICER ART
13  THOMS, OFFICER SCOTT LUNGER, and  DEMAND FOR TRIAL BY JURY
    OFFICER ZACHARY HOYER, individually and
14  in their official capacities; AMERICAN
    DISCOUNT SECURITY, and DAUD
15  WARWDAK aka DAVID WARDAK,

16                     Defendants

17  _____/

18
          Defendants City of Hayward, Art Thoms, Scott Lunger, and Zachary Hoyer respond to
19
    plaintiff's first amended complaint ("plaintiff's complaint" or "complaint") for damages, as
20
    follows:
21
          1.      Defendants have insufficient information and knowledge to respond to the
22
    allegations contained in paragraph 1 of plaintiff's complaint, and, on that basis, deny generally
23
    and specifically each and every allegation contained in said paragraph.
24
          2.      Defendants have insufficient information and knowledge to respond to the
25
    allegations contained in paragraph 2 of plaintiff's complaint, and, on that basis, deny generally
26
    and specifically each and every allegation contained in said paragraph.
27

3.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 3 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

4.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 4 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

5.    Defendants admit that plaintiff purports to bring this action pursuant to Title 42 of the United States Code Section 1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 5 of plaintiff's complaint.

6.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 6 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

7.    Defendants admit that the City of Hayward is a municipal corporation and admit that Art Thoms, Scott Lunger, and Zachary Hoyer are/were  Hayward Police Department officer(s), otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 7 of plaintiff's complaint.

8.    Defendants admit that Art Thoms is/was a  Hayward Police Department officer, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 8 of plaintiff's complaint.

9.    Defendants admit that Scott Lunger is/was a  Hayward Police Department officer, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 9 of plaintiff's complaint.

10.    Defendants admit that Zachary Hoyer is/was a  Hayward Police Department officer, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 10 of plaintiff's complaint.

11.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 11 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

12.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 12 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

13.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 13 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

14.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 14 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

15.    Defendants admit that plaintiff purports to invoke the jurisdiction of the court pursuant to Title 28, United States Code Sections 1331 and 1343, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 15 of plaintiff's complaint.

16.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 16 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

17.    Defendants admit that the City of Hayward is located in the County of Alameda, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 17 of plaintiff's complaint.

18.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 18 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

19.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 19 of plaintiff's complaint, and, on that basis, deny generally

1  and specifically each and every allegation contained in said paragraph.

2      20.    Defendants have insufficient information and knowledge to respond to the

3  allegations contained in paragraph 20 of plaintiff's complaint, and, on that basis, deny generally

4  and specifically each and every allegation contained in said paragraph.

5      21.    Defendants have insufficient information and knowledge to respond to the

6  allegations contained in paragraph 21 of plaintiff's complaint, and, on that basis, deny generally

7  and specifically each and every allegation contained in said paragraph.

8      22.    Defendants have insufficient information and knowledge to respond to the

9  allegations contained in paragraph 22 of plaintiff's complaint, and, on that basis, deny generally

10  and specifically each and every allegation contained in said paragraph.

11      23.    Defendants have insufficient information and knowledge to respond to the

12  allegations contained in paragraph 23 of plaintiff's complaint, and, on that basis, deny generally

13  and specifically each and every allegation contained in said paragraph.

14      24.    Defendants have insufficient information and knowledge to respond to the

15  allegations contained in paragraph 24 of plaintiff's complaint, and, on that basis, deny generally

16  and specifically each and every allegation contained in said paragraph.

17      25.    Defendants have insufficient information and knowledge to respond to the

18  allegations contained in paragraph 25 of plaintiff's  complaint and, on that basis, deny generally

19  and specifically each and every allegation contained in said paragraph.

20      26.    Defendants have insufficient information and knowledge to respond to the

21  allegations contained in paragraph 26 of plaintiff's complaint and, on that basis, deny generally

22  and specifically each and every allegation contained in said paragraph.

23      27.    Defendants have insufficient information and knowledge to respond to the

24  allegations contained in paragraph 27 of plaintiff's complaint and, on that basis, deny generally

25  and specifically each and every allegation contained in said paragraph.

26      28.    Defendants have insufficient information and knowledge to respond to the

27  allegations contained in paragraph 28 of plaintiff's complaint and, on that basis, deny generally

1    and specifically each and every allegation contained in said paragraph.

2         29.    Defendants have insufficient information and knowledge to respond to the

3    allegations contained in paragraph 29 of plaintiff's complaint and, on that basis, deny generally

4    and specifically each and every allegation contained in said paragraph.

5         30.    Defendants have insufficient information and knowledge to respond to the

6    allegations contained in paragraph 30 of plaintiff's complaint, and, on that basis, deny generally

7    and specifically each and every allegation contained in said paragraph.

8         31.    Defendants have insufficient information and knowledge to respond to the

9    allegations contained in paragraph 31 of plaintiff's complaint, and, on that basis, deny generally

10   and specifically each and every allegation contained in said paragraph.

11        32.    Defendants have insufficient information and knowledge to respond to the

12   allegations contained in paragraph 32 of plaintiff's complaint, and, on that basis, deny generally

13   and specifically each and every allegation contained in said paragraph.

14        33.    Defendants have insufficient information and knowledge to respond to the

15   allegations contained in paragraph 33 of plaintiff's complaint, and, on that basis, deny generally

16   and specifically each and every allegation contained in said paragraph.

17        34.    Defendants have insufficient information and knowledge to respond to the

18   allegations contained in paragraph 34 of plaintiff's complaint, and, on that basis, deny generally

19   and specifically each and every allegation contained in said paragraph.

20        35.    Defendants have insufficient information and knowledge to respond to the

21   allegations contained in paragraph 35 of plaintiff's complaint, and, on that basis, deny generally

22   and specifically each and every allegation contained in said paragraph.

23        36.    Defendants have insufficient information and knowledge to respond to the

24   allegations contained in paragraph 36 of plaintiff's complaint, and, on that basis, deny generally

25   and specifically each and every allegation contained in said paragraph.

26        37.    Defendants have insufficient information and knowledge to respond to the

27   allegations contained in paragraph 37 of plaintiff's complaint, and, on that basis, deny generally

1  and specifically each and every allegation contained in said paragraph.

2      38.    Defendants have insufficient information and knowledge to respond to the

3  allegations contained in paragraph 38 of plaintiff's complaint, and, on that basis, deny generally

4  and specifically each and every allegation contained in said paragraph.

5      39.    Defendants have insufficient information and knowledge to respond to the

6  allegations contained in paragraph 39 of plaintiff's complaint, and, on that basis, deny generally

7  and specifically each and every allegation contained in said paragraph.

8      40.    Defendants have insufficient information and knowledge to respond to the

9  allegations contained in paragraph 40 of plaintiff's complaint, and, on that basis, deny generally

10  and specifically each and every allegation contained in said paragraph.

11      41.    Defendants have insufficient information and knowledge to respond to the

12  allegations contained in paragraph 41 of plaintiff's complaint, and, on that basis, deny generally

13  and specifically each and every allegation contained in said paragraph.

14      42.    Defendants have insufficient information and knowledge to respond to the

15  allegations contained in paragraph 42 of plaintiff's complaint, and, on that basis, deny generally

16  and specifically each and every allegation contained in said paragraph.

17      43.    Defendants have insufficient information and knowledge to respond to the

18  allegations contained in paragraph 43 of plaintiff's complaint, and, on that basis, deny generally

19  and specifically each and every allegation contained in said paragraph.

20      44.    Defendants have insufficient information and knowledge to respond to the

21  allegations contained in paragraph 44 of plaintiff's complaint, and, on that basis, deny generally

22  and specifically each and every allegation contained in said paragraph.

23      45.    Defendants have insufficient information and knowledge to respond to the

24  allegations contained in paragraph 45 of plaintiff's complaint, and, on that basis, deny generally

25  and specifically each and every allegation contained in said paragraph.

26      46.    Defendants have insufficient information and knowledge to respond to the

27  allegations contained in paragraph 46 of plaintiff's complaint, and, on that basis, deny generally

1  and specifically each and every allegation contained in said paragraph.

2      47.    Defendants have insufficient information and knowledge to respond to the

3  allegations contained in paragraph 47 of plaintiff's complaint, and, on that basis, deny generally

4  and specifically each and every allegation contained in said paragraph.

5      48.    Defendants have insufficient information and knowledge to respond to the

6  allegations contained in paragraph 48 of plaintiff's complaint and, on that basis, deny generally

7  and specifically each and every allegation contained in said paragraph.

8      49.    Defendants have insufficient information and knowledge to respond to the

9  allegations contained in paragraph 49 of plaintiff's complaint and, on that basis, deny generally

10  and specifically each and every allegation contained in said paragraph.

11      50.    Defendants have insufficient information and knowledge to respond to the

12  allegations contained in paragraph 50 of plaintiff's complaint, and, on that basis, deny generally

13  and specifically each and every allegation contained in said paragraph.

14      51.    Defendants have insufficient information and knowledge to respond to the

15  allegations contained in paragraph 51 of plaintiff's complaint, and, on that basis, deny generally

16  and specifically each and every allegation contained in said paragraph.

17      52.    Defendants have insufficient information and knowledge to respond to the

18  allegations contained in paragraph 52 of plaintiff's complaint, and, on that basis, deny generally

19  and specifically each and every allegation contained in said paragraph.

20      53.    Defendants have insufficient information and knowledge to respond to the

21  allegations contained in paragraph 53 of plaintiff's complaint, and, on that basis, deny generally

22  and specifically each and every allegation contained in said paragraph.

23      54.    Defendants have insufficient information and knowledge to respond to the

24  allegations contained in paragraph 54 of plaintiff's complaint, and, on that basis, deny generally

25  and specifically each and every allegation contained in said paragraph.

26      55.    Defendants have insufficient information and knowledge to respond to the

27  allegations contained in paragraph 55 of plaintiff's complaint, and, on that basis, deny generally

1  and specifically each and every allegation contained in said paragraph.

2       56.      Defendants have insufficient information and knowledge to respond to the

3  allegations contained in paragraph 56 of plaintiff's complaint, and, on that basis, deny generally

4  and specifically each and every allegation contained in said paragraph.

5       57.      Defendants have insufficient information and knowledge to respond to the

6  allegations contained in paragraph 57 of plaintiff's complaint, and, on that basis, deny generally

7  and specifically each and every allegation contained in said paragraph.

8       58.      Defendants have insufficient information and knowledge to respond to the

9  allegations contained in paragraph 58 of plaintiff's complaint, and, on that basis, deny generally

10  and specifically each and every allegation contained in said paragraph.

11       59.      Defendants have insufficient information and knowledge to respond to the

12  allegations contained in paragraph 59 of plaintiff's complaint, and, on that basis, deny generally

13  and specifically each and every allegation contained in said paragraph.

14       60.      Defendants have insufficient information and knowledge to respond to the

15  allegations contained in paragraph 60 of plaintiff's complaint, and, on that basis, deny generally

16  and specifically each and every allegation contained in said paragraph.

17       61.      Defendants have insufficient information and knowledge to respond to the

18  allegations contained in paragraph 61 of plaintiff's complaint, and, on that basis, deny generally

19  and specifically each and every allegation contained in said paragraph.

20       62.      Defendants have insufficient information and knowledge to respond to the

21  allegations contained in paragraph 62 of plaintiff's complaint, and, on that basis, deny generally

22  and specifically each and every allegation contained in said paragraph.

23       63.      Defendants have insufficient information and knowledge to respond to the

24  allegations contained in paragraph 63 of plaintiff's complaint, and, on that basis, deny generally

25  and specifically each and every allegation contained in said paragraph.

26       64.      Defendants have insufficient information and knowledge to respond to the

27  allegations contained in paragraph 64 of plaintiff's complaint, and, on that basis, deny generally

1 | and specifically each and every allegation contained in said paragraph.

2 |      65.    Defendants have insufficient information and knowledge to respond to the

3 | allegations contained in paragraph 65 of plaintiff's complaint, and, on that basis, deny generally

4 | and specifically each and every allegation contained in said paragraph.

5 |      66.    Defendants have insufficient information and knowledge to respond to the

6 | allegations contained in paragraph 66 of plaintiff's complaint, and, on that basis, deny generally

7 | and specifically each and every allegation contained in said paragraph

8 |      67.    Defendants have insufficient information and knowledge to respond to the

9 | allegations contained in paragraph 67 of plaintiff's  complaint and, on that basis, deny generally

10 | and specifically each and every allegation contained in said paragraph.

11 |      68.    Defendants have insufficient information and knowledge to respond to the

12 | allegations contained in paragraph 68 of plaintiff's complaint and, on that basis, deny generally

13 | and specifically each and every allegation contained in said paragraph.

14 |      69.    Defendants have insufficient information and knowledge to respond to the

15 | allegations contained in paragraph 69 of plaintiff's complaint and, on that basis, deny generally

16 | and specifically each and every allegation contained in said paragraph.

17 |      70.    Defendants have insufficient information and knowledge to respond to the

18 | allegations contained in paragraph 70 of plaintiff's  complaint and, on that basis, deny generally

19 | and specifically each and every allegation contained in said paragraph.

20 |      71.    Defendants have insufficient information and knowledge to respond to the

21 | allegations contained in paragraph 71 of plaintiff's complaint and, on that basis, deny generally

22 | and specifically each and every allegation contained in said paragraph.

23 |      72.    Defendants have insufficient information and knowledge to respond to the

24 | allegations contained in paragraph 72 of plaintiff's complaint and, on that basis, deny generally

25 | and specifically each and every allegation contained in said paragraph.

26 | ///

27 | ///

**AFFIRMATIVE DEFENSES**

AS A FIRST AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint, defendants allege that they are immune from liability for the acts and omissions alleged in plaintiff's complaint by virtue of the provisions of Sections 815, 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 821.6, 822.2, 844.6 and 845.6 of the California Government Code.

AS A SECOND AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint, defendants allege that neither plaintiff's complaint nor any of its alleged causes of action state facts sufficient to constitute a cause of action against defendants.

AS A THIRD AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint, defendants allege that plaintiff did not use the heightened pleading standards as required by City of Canton v. Harris, 489 U.S. 378 (1989) and its progeny, and have thus failed to state a cause of action against defendant police officers in their individual capacities.

AS A FOURTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint, defendants allege that they are immune from liability for the arrest, detention and restraint of plaintiff pursuant to the provisions of California Welfare and Institutions Code Section 5154, Government Code Section 856, and Penal Code Sections 835, 835a, 836, and 847, in that the officers had reasonable suspicion/probable cause to believe that plaintiff had committed a public offense/was a danger to others, or to himself, or gravely disabled, and that any and all force used in effecting his arrest, detention and restraint, was lawful, reasonable, and necessary, under the circumstances at the time of the incident.

AS A FIFTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint , defendants allege that at the time and place mentioned in plaintiff's complaint, defendants' use of force, if any there was, was necessary for defendants' self defense, defense of others, and to effect the lawful detention/arrest of plaintiff.

AS A SIXTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint , defendants allege that they are entitled to qualified and official immunity.  Defendants acted at all times in good faith, with due care, within the scope of discretion, and pursuant to laws,

1   regulations, rules, and practices reasonably believed to be in accordance with the Constitution and

2   laws of the United States.  There is no liability pursuant to the Federal Civil Rights Act where one

3   acts in good faith and entertains an honest, reasonable belief that one's actions are in accord with

4   clearly established law.[Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) ; Saucier v. Katz,  533

5   U.S. 194 (2001); Smith v. Hemet, 394 F.3d 689 (9th Cir. 2005).]

6        AS A SEVENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

7   complaint, defendants allege that plaintiff was comparatively at fault in the manner and style as

8   set forth in Li v. Yellow Cab Company , 13 Cal.3d 804 (1975), and defendants pray that any and

9   all damages sustained by plaintiff be reduced by the percentage of his own negligence in the

10  happenings herein.

11       AS AN EIGHTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

12  complaint, defendants allege that the damages sustained by plaintiff, if any, were proximately

13  caused, in whole or in part by others for whom these answering defendants are neither liable or

14  responsible.  Should defendants be found to be liable to plaintiff, which liability is expressly

15  denied, said defendants are entitled to have any award against them abated, reduced, or eliminated

16  to the extent that the negligence, carelessness, or fault of any of said other persons or entities

17  contributed to plaintiff's damages, if any there were.

18       AS A NINTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint,

19  defendants allege that plaintiff's complaint exceeds the scope of the claim presented to defendant

20  City of Hayward pursuant to California Government Code §§910 and 911.2.

21       AS A TENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

22  complaint, defendants allege that plaintiffs' complaint fails to state a cause of action against these

23  defendants under the holding in Monell v. Department of Social Services of the City of New York

24  436 U.S. 658 (1978), and its progeny.

25       AS AN ELEVENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

26  complaint, defendants allege that the outcome of the incidents alleged in plaintiff's complaint

27  would have been the same regardless of any additional or different training which might have

1    been provided to the officers involved.

2           AS A TWELFTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

3    complaint, defendants allege that at all relevant times, defendants acted independently and not in

4    association or concert with any agent or servant of any other defendant, including defendants sued

5    herein under the fictitious names of their employer, employees or agents.

6           AS A THIRTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

7    complaint, defendants allege that plaintiff has failed to mitigate her damages.

8           AS A FOURTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

9    complaint, defendants allege that plaintiff willingly, voluntarily, and knowingly assumed each,

10   every, and all of the risks and hazards involved in the activities alleged in the complaint.

11          AS A FIFTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

12   complaint, defendants allege that plaintiff's and Solis' own conduct estops plaintiff from claiming

13   the damages alleged in plaintiff's complaint.

14          AS A SIXTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

15   complaint, defendants allege that defendants are entitled to reasonable attorney's fees and costs of

16   suit upon prevailing within the meaning of 42 U.S.C. § 1988, California Code of Civil Procedure

17   §1038, and Rule 11 of the Federal Rules of Civil Procedure.

18          AS A SEVENTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

19   complaint, defendants allege that plaintiff's complaint, in its entirety, is barred by the applicable

20   statute of limitations.

21          AS AN EIGHTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

22   omplaint, defendants allege that defendant City of Hayward and all defendants sued in their

23   official capacity are immune from the imposition of punitive damages.

24          AS A NINETEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

25   complaint defendants allege that because plaintiff's complaint is written in legal conclusory terms,

26   all affirmative defenses available to defendants cannot be fully anticipated of ascertained at this

27   time.  Accordingly, defendants reserve the right to assert additional affirmative defenses available

1  to defendants that cannot be fully anticipated or ascertained at this time.  Accordingly, defendants

2  reserve the right to assert additional affirmative defenses, if and when the extent that such

3  affirmative defenses are revealed.

### PRAYER

5         WHEREFORE, defendants pray that plaintiff takes nothing by way of his complaint, that

6  defendants be dismissed from this action and be awarded their costs and attorney's fees, and for

7  any other relief that the court may deem just and proper.

### DEFENDANTS' DEMAND FOR TRIAL BY JURY

9         To the clerk of the above entitled court:

10        PLEASE TAKE NOTICE that these answering defendants herein demand a trial by jury as

11  to all issues triable thereby, herein.

13  DATED: June 10, 2008                          MICHAEL S. LAWSON, City Attorney

15                                          By:    /s/_____
                                                 RANDOLPH S. HOM,
16                                               Assistant City Attorney
                                                 Attorneys for Defendants