# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Walker, | No. C 07-06205 TEH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| City of Hayward, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _July 1, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _September 1, 2008_

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: _7/1/08_

_____
Mediator, James Hodgkins
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612

**FILED**
JUL 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Certification of ADR Session**
07-06205 TEH MED