JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiff KEVIN WALKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>           Plaintiff<br><br>           vs.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>           Defendants. | Case Number: C 07-06205 (TEH)<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that commencing August 13, 2008, and continuing through August 24, 2008, Jivaka Candappa, attorney for Plaintiff herein, will be on vacation and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court, or appearing at deposition.

DATED: August 6, 2008              By:     /s/ Jivaka Candappa
                                           JIVAKA CANDAPPA, for Plaintiff
                                           KEVIN WALKER

**NOTICE OF UNAVAILABILITY OF COUNSEL**               *Kevin Walker v. City of Hayward  et al.*
                                                      **CASE NO. C 07-06205 (TEH)**
-1-