UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  August 11, 2008

**Case No:** C 07-06205 TEH

**Case Title**:  KEVIN WALKER v. CITY OF HAYWARD, et al.

**Appearances:**

    For Plaintiff(s): Jivaka Candappa

    For Defendant(s): Randy Hom, James Murray

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1.  Further Case Management Conference - held

MOTION/MATTER: ( ) Granted
                       ( ) Denied
                       ( ) Granted in part/Denied in part
                       ( ) Taken under submission
                       ( ) Withdrawn/Off Calendar
                       (X) Continued to: **Monday, 12/15/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- After an initial mediation session, the parties will revisit the issue at a later time.
- The parties shall file a joint CMC statement 7 days prior and give a status on discovery at the next CMC.