PRINDLE, DECKER & AMARO LLP
James G. Murray, Esq. (Bar No. 120049)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
ADSS-0001

Attorneys for Defendants
AMERICAN DISCOUNT SECURITY and
DAUD WARDAK aka DAVID WARDAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| KEVIN WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>　　　　Defendants. | CASE NO. C07-06205 TEH<br>Assigned to Hon. Thelton E. Henderson<br><br>**STIPULATION TO TAKE DEFENDANT DAUD WARDAK aka DAVID WARDAK'S DEPOSITION AFTER DISCOVERY CUT-OFF**<br><br>First Amended<br>Complaint Filed　: April 4, 2008<br>Discovery Cut-off : None<br>Motion Cut-off　: None<br>Trial Date　　　: None |

　　Whereas counsel for Defendant David Wardak has represented that Defendant Wardak will begin serving in Afghanistan as a translator for the U.S. Army Intelligence Security Command for one year commencing on or about October 13, 2008;

　　Whereas the parties agree that no trial date has been set;

　　Whereas the Federal Rules of Civil Procedure, Rule 29, provides that the parties may stipulate to extend the time for any form of discovery with Court approval;

　　IT IS HEREBY STIPULATED by Plaintiff KEVIN WALKER and Defendants, CITY OF HAYWARD, OFFICER ART THOMS, OFFICER SCOTT

-1-
STIPULATION TO TAKE DEFENDANT DAUD WARDAK aka DAVID WARDAK'S DEPOSITION AFTER DISCOVERY CUT-OFF

1  LUNGER, OFFICER ZACHARY HOYER, AMERICAN DISCOUNT SECURITY
2  and DAUD WARDAK aka DAVID WARDAK, through their undersigned
3  respective counsel that the deposition of Defendant David Wardak may be taken
4  after any applicable discovery cut-off date.

6  DATED: October 9, 2008          PRINDLE, DECKER & AMARO LLP

8                                  By: _____
9                                      JAMES G. MURRAY
                                        Attorneys for Defendants
10                                      AMERICAN DISCOUNT SECURITY and
                                        DAUD WARDAK aka DAVID WARDAK

12 DATED: October 9, 2008

14                                  By: /s/ Jivaka Candappa
15                                      JIVAKA CANDAPPA, ESQ.
                                        Attorney for Plaintiff
16                                      KEVIN WALKER

18 DATED: October 9, 2008

20                                  By: /s/ Randolph S. Hom
                                        RANDOLPH S. HOM
21                                      Attorney for Defendants
                                        CITY OF HAYWARD; OFFICER ART
22                                      THOMS; OFFICER SCOTT LUNGER;
                                        OFFICER ZACHARY HOYER

24 APPROVED AND SO ORDERED:

26 _____
   THE HONORABLE THELTON E. HENDERSON
27 UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson — 10/14/08]