1  JIVIKA CANDAPPA (SBN225919)
   Law office of Jivaka Candappa
2  46 Shattuck Square, Suite 15
   Berkeley, California 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4
   Attorney for Plaintiff KEVIN WALKER
5

6  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
7  RANDOLPH S. HOM (SBN 152833)         JAMES G. MURRAY (SBN 120049)
   Assistant City Attorney               Prindle, Decker, and Amaro, LLP
8  CITY F HAYWARD                        310 Golden Shore, Fourth Floor
   777 B Street                          P.O. Box 22711
9  Hayward, California 94541             Long Beach, California 90801-5511
   Telephone: (510) 583-4450              Telephone: (562) 436-3946
10 Facsimile: (510) 583-3660             Facsimile:  (562) 495-0564

11 Attorneys for Defendants CITY OF      Attorneys for Defendants AMERICAN
   HAYWARD, ART THOMS, SCOTT             DISCOUNT SECURITY AND DAUD
12 LUNGER, AND ZACHARY HOYER             WARDAK

13

14             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
15

16                                          Case No. C 07 06205 (TEH)
       KEVIN WALKER, Plaintiff,
17               v.                         STIPULATION REGARDING
       CITY OF HAYWARD, et al., Defendants. DEFENDANT'S DISCOVERY AND
18     _____/ ~~PROPOSED~~ ORDER

19
        Plaintiff Kevin Walker, and Defendants City of Hayward ("City"), Officer Art Thoms,
20
   Officer Scott Lunger, Officer Zachary Hoyer, American Discount Security ("ADS"), and Daud
21
   Wardak through their respective attorneys of record, stipulate to the following order:
22
        1.   Since Plaintiff was granted leave to conduct up to 15 depositions in this matter, as
23
   per the Joint Case Management Conference Statement dated December 8, 2008 (see Sections B4
24
   and B5 at 4:15-5:2), and the Case Management Conference on December 12, 2008, Defendants
25
   likewise request leave of Court to conduct up to 15 depositions, so that they may examine third
26
   ///
27
   ///
28

party witnesses including but not limited to Plaintiff's treating physicians and third party witnesses identified in Plaintiff's Initial Disclosure.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 12, 2009     /s/_____
Jivaka Candappa
Attorneys for Plaintiff Kevin Walker

DATED:  March 12, 2009     /s/_____
Randolph S. Hom
Attorneys for Defendants City of Hayward,
Art Thoms, Scott Lunger, and Zachary Hoyer

DATED:  March 12, 2009     /s/_____
James Murray
Attorney for Defendants American Discount
Security and Daud Wardak

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  03/13/09     _____
The Honorable Thelton E. Henderson
United States District Judge