1  JIVIKA CANDAPPA (SBN225919)
   Law office of Jivaka Candappa
2  46 Shattuck Square, Suite 15
   Berkeley, California 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4
   Attorney for Plaintiff KEVIN WALKER
5

6  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
7  RANDOLPH S. HOM (SBN 152833)         JAMES G. MURRAY (SBN 120049)
   Assistant City Attorney               Prindle, Decker, and Amaro, LLP
8  CITY F HAYWARD                        310 Golden Shore, Fourth Floor
   777 B Street                          P.O. Box 22711
9  Hayward, California 94541             Long Beach, California 90801-5511
   Telephone: (510) 583-4450             Telephone: (562) 436-3946
10 Facsimile: (510) 583-3660             Facsimile:  (562) 495-0564

11 Attorneys for Defendants CITY OF      Attorneys for Defendants AMERICAN
   HAYWARD, ART THOMS, SCOTT             DISCOUNT SECURITY AND DAUD
12 LUNGER, AND ZACHARY HOYER             WARDAK

13

14              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15

16                                        Case No. C 07 06205 (TEH)

17 KEVIN WALKER, Plaintiff,               STIPULATION RE: PLAINTIFF'S
                                          DEPOSITION OF JOE GOTZ AND
18 v.                                     P~~ROP~~OSED ORDER

19 CITY OF HAYWARD, et al., Defendants.

20 _____/

21        Plaintiff Kevin Walker, and Defendants City of Hayward ("City"), Officer Art Thoms,

22 Officer Scott Lunger, Officer Zachary Hoyer, American Discount Security ("ADS"), and Daud

23 Wardak through their respective attorneys of record, stipulate to the following order:

24        1.     On or about September 2009, Plaintiff issued a Deposition Subpoena to Joe Gotz

25 ("Gotz") to depose him regarding his contacts with Keesha Reed in relation to her declaration

26 executed on August 10, 2009.

27        3.      Due to calendar conflicts, and the medical disability afflicting Gotz (see the letter

28 from Kaiser Permanente dated October 23, 2009, and the authorization from Gotz dated

1  November 4, 2009, permitting the release of said letter to the parties to this action and Court, a
2  true and correct copy of which is attached hereto as Exhibit A) the parties hereby stipulate that
3  Plaintiff may take the deposition of Joe Gotz, on or before the close of expert discovery in the
4  within action, providing Gotz' physician(s) so permit, and subject to a date and time that is
5  mutually convenient to the parties' counsel and Gotz.

7  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9  DATED:  November 10, 2009                  /s/
                                              Jivaka Candappa
10                                            Attorneys for Plaintiff Kevin Walker

12 DATED:  November 10, 2009                  /s/
                                              Randolph S. Hom
13                                            Attorneys for Defendants City of Hayward,
                                              Art Thoms, Scott Lunger, and Zachary Hoyer

15 DATED:  November 10, 2009                  /s/
16                                            James Murray
                                              Attorney for Defendants American Discount
17                                            Security and Daud Wardak

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATED:  November 17, 2009                  _____
22                                            The Honorable
                                              United States District
23                                            Edward M. Chen

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen