1  JIVIKA CANDAPPA (SBN225919)
   Law office of Jivaka Candappa
2  46 Shattuck Square, Suite 15
   Berkeley, California 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4
   Attorney for Plaintiff KEVIN WALKER
5

6  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
7  RANDOLPH S. HOM (SBN 152833)         JAMES G. MURRAY (SBN 120049)
   Assistant City Attorney               Prindle, Decker, and Amaro, LLP
8  CITY F HAYWARD                        310 Golden Shore, Fourth Floor
   777 B Street                          P.O. Box 22711
9  Hayward, California 94541             Long Beach, California 90801-5511
   Telephone: (510) 583-4450             Telephone: (562) 436-3946
10 Facsimile: (510) 583-3660             Facsimile:  (562) 495-0564

11 Attorneys for Defendants CITY OF      Attorneys for Defendants AMERICAN
   HAYWARD, ART THOMS, SCOTT             DISCOUNT SECURITY AND DAUD
12 LUNGER, AND ZACHARY HOYER             WARDAK

13

14                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15

16                                        Case No. C 07 06205 (TEH)

17 KEVIN WALKER, Plaintiff,               STIPULATION RE: PLAINTIFF'S
                                          DEPOSITION OF HAYWARD POLICE
18 v.                                     DEPARTMENT'S PERSON MOST
                                          KNOWLEDGEABLE, RECORDS
19 CITY OF HAYWARD, et al., Defendants.   RETENTION SCHEDULE AS TO USE OF
                                          FORCE REPORTS [F
20 _____/        RCP 30(    b)(6)] AND PROPOSED
                                          ORDER
21

22      Plaintiff Kevin Walker, and Defendants City of Hayward ("City"), Officer Art Thoms,

23 Officer Scott Lunger, Officer Zachary Hoyer, American Discount Security ("ADS"), and Daud

24 Wardak through their respective attorneys of record, stipulate to the following order:

25      1.    Pursuant to Federal Rules of Civil Procedure 30(b)(6), Plaintiff issued a Notice of

26 Deposition to the Hayward Police Department ("HPD") to depose the person most knowledgeable

27 ("PMK") regarding HPD's Records Retention Schedule as to Use of Force Reports, with a

28 deposition date of October 28, 2009.

1    2.    On October 23, 2009, HPD produced Marva Hickman, its Records Manager and
2 Custodian of Records for a deposition.

3    3.    However, Ms. Hickman did not have personal knowledge of the practices of the
4 HPD Office of Ethical Standards relating to the retention of such Use of Force reports.

5    4.    Due to calendar conflicts, the parties hereby stipulate that Plaintiff may take the
6 deposition of the HPD PMK regarding its Records Retention Schedule as to Use of Force
7 Reports, at a date and time mutually convenient to the parties, and the PMK, on or before the
8 close of expert discovery in the within action.

9 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12 DATED:  November 10, 2009        /s/
                                    Jivaka Candappa
13                                  Attorneys for Plaintiff Kevin Walker

15 DATED:  November 10, 2009        /s/
                                    Randolph S. Hom
16                                  Attorneys for Defendants City of Hayward,
                                    Art Thoms, Scott Lunger, and Zachary Hoyer

19 DATED:  November 10, 2009        /s/
                                    James Murray
                                    Attorney for Defendants American Discount
20                                  Security and Daud Wardak

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED:  November 17, 2009
25                                  The Honorable Thelton
                                    United States District Court
26                                  Edward M. Chen, U.S. M.J.

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen