IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN WALKER,

             Plaintiff,

v.

CITY OF HAYWARD, et al.,

             Defendants.

NO. C07-6205 TEH

ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BY DEFENDANTS AMERICAN DISCOUNT SECURITY AND DAUD WARDAK

      Plaintiff Kevin Walker reached a settlement with Defendants American Discount Security ("ADS") and Daud Wardak, also known as David Wardak. ADS and Wardak moved for a determination that the settlement was in good faith, pursuant to California Code of Civil Procedure section 877.6, and noticed their motion for hearing on December 7, 2009.

      Neither Walker nor the City of Hayward Defendants filed an opposition or statement of non-opposition by the November 16, 2009 deadline. The Court's courtroom deputy telephoned counsel for these parties on November 17, 2009, and Walker filed a statement of non-opposition later that day. To date, the City of Hayward Defendants have filed neither an opposition nor a statement of non-opposition; the Court construes this failure, as well as counsel's failure to respond to the Court's telephone call, as a non-opposition to the motion.

      Accordingly, the motion for a determination of good faith settlement by Defendants ADS and Wardak is hereby GRANTED as unopposed, and the December 7, 2009 hearing is VACATED. This determination bars "any other joint tortfeasor or co-obligor from any further claims against [ADS or Wardak] for equitable comparative contribution, or partial or

1  comparative indemnity, based on comparative negligence or comparative fault," concerning
2  the factual allegations underlying this action. Cal. Civ. P. Code § 877.6(c).

**IT IS SO ORDERED.**

Dated:   11/20/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT