# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KEVIN WALKER, | |
| Plaintiff(s), | No. C-07-6205 TEH |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| CITY OF HAYWARD, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference in this matter has been rescheduled to April 13, 2010, at 10:00 a.m., in the Conference room of the Hon. Maria-Elena James, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The settlement conference statements shall be due one week before the Settlement Conference.

Dated: January 21, 2010

_____
Brenda Tolbert, Courtroom Deputy to
MARIA-ELENA JAMES,
Chief United States Magistrate Judge