1   JIVAKA CANDAPPA (SBN225919)
    Law office of Jivaka Candappa
2   46 Shattuck Square, Suite 15
    Berkeley, California 94704
3   Telephone: (510) 981-1808
    Facsimile: (510) 981-1817
4
    Attorney for Plaintiff KEVIN WALKER
5

6   MICHAEL S. LAWSON (SBN 048172)
    City Attorney
7   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
8   CITY F HAYWARD
    777 B Street
9   Hayward, California 94541
    Telephone: (510) 583-4450
10  Facsimile: (510) 583-3660

11  Attorneys for Defendants CITY OF
    HAYWARD, ART THOMS, SCOTT
12  LUNGER, AND ZACHARY HOYER

13

14                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
15

16                                      Case No. C 07 06205 (TEH)

17  KEVIN WALKER, Plaintiff,            STIPULATION RE: CONTINUANCE OF
                                        TRIAL DATE, RELATED PRETRIAL
18  v.                                  DATES, AND PROPOSED ORDER

19  CITY OF HAYWARD, et al., Defendants.

20  _____/

21          Plaintiff Kevin Walker, and Defendants City of Hayward ("City"), Officer Art Thoms,

22  Officer Scott Lunger, and Officer Zachary Hoyer (collectively referred to as "City Defendants"),

23  through their respective attorneys of record, stipulate to the following order:

24  ///

25  ///

26  ///

27  ///

28  ///

1. That the parties completed a Mandatory Settlement Conference ("MSC") session on November 20, 2009 before Magistrate Judge Maria Elena James, and that this matter was set for further MSC on January 27, 2010,  which was the Magistrate's next available date;

2. That on or about  January 19, 2010, the further MSC was cancelled by the Court on its own motion, and that the Court advised the parties that the next available MSC dates were in April 2010.

3. That on or about January 20, 2010, the parties advised Magistrate Judge Maria Elena James that they had agreed to April 13, 2010 for the MSC which is one of the available MSC dates.

4. That the Order for Pretrial Preparation set the following dates for this matter:

    a. Trial Date:                            February 23, 2010

    b. Pretrial Conference Date:         February 8, 2010

    c. Deposition of Expert Witnesses:   February 2, 2010 (21 days before Trial Date)

    d. Disclosure of Expert Reports     January 29, 2010 (10 days before Pretrial Conference);

5. That in order to maximize the opportunity to resolve this matter at the MSC, by minimizing the attorney fees and costs that will likely be  incurred by the parties to accomplish the aforementioned tasks, inter alia, required in the Order for Pretrial Preparation and the deadlines set forth in Court Docket Nos. 69, 70, and 73;

6. That the trial date of February 23, 2010, and related pretrial dates, set forth in the Order for Pretrial Preparation be vacated;

///

///

///

///

///

///

///

///

///

1  7. That the trial date be reset for June 22, 2010, according to the availability of the Court, the

2  parties, witnesses, and their respective counsel, with all related pretrial dates set in accordance with

3  the new trial date.  In this regard, the parties request that the Disclosure of Expert Reports occur on

4  May 17, 2010.

5                                                    LAW OFFICES OF JIVAKA CANDAPPA

6

7  Dated:January 25, 2010_____         By:    /s/ Jivaka Candappa_____

8                                                    JIVAKA CANDAPPA, Esq.
                                                     Attorney for Plaintiff
9

10                                                   MICHAEL S. LAWSON, CITY ATTORNEY
                                                     OFFICES OF THE HAYWARD CITY ATTORNEY
11

12  Dated:January 25, 2010_____        By:    /s/ Randolph Hom_____
                                                     RANDOLPH S. HOM, Esq.
13                                                   Attorney for City Defendants

14                                              **ORDER**

15          PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
   ORDERED.
16

17

18  Dated:_____01/26/10_____          _____
19                                                          THE HONORABLE THELTON E. HENDERSON
                                                            United States Distri...
20

21

22

23

24

25

26

27

28