**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
James G. Murray, Esq. (Bar No. 120049)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
jmurray@prindlelaw.com
ADSS-0001

Attorneys for Defendant,
**AMERICAN DISCOUNT SECURITY and DAUD WARDAK aka DAVID WARDAK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| KEVIN WALKER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD; OFFICER ART THOMS, OFFICER SCOTT LUNGER, and OFFICER ZACHARY HOYER, individually and in their official capacities; AMERICAN DISCOUNT SECURITY; and DAUD WARDAK aka DAVID WARDAK,<br><br>　　　　Defendants. | CASE NO. C07-06205 TEH<br><br>**STIPULATION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE AS AGAINST DEFENDANTS AMERICAN DISCOUNT SECURITY AND DAUD WARDAK**<br><br>(Case assigned to Judge Thelton E. Henderson)<br><br>First Amended<br>Complaint Filed:　April 4, 2008<br>Trial Date:　　　　June 22, 2010 |

　　　　WHEREAS Plaintiff, Kevin Walker, and Defendants, American Discount Security and Daud Wardak, have entered into a settlement, and the Court having determined that the settlement was made in good faith by Order dated November 20, 2009, the parties stipulate as follows:

　　　　1.　　The First Amended Complaint shall be dismissed with prejudice as against Defendants, American Discount Security and Daud Wardak aka David Wardak;

　　　　2.　　There are no pending Cross-Claims or Cross-Complaints; and

---

1

**STIPULATION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE AS AGAINST DEFENDANTS, AMERICAN DISCOUNT SECURITY AND DAUD WARDAK**

//StipulationDismissal, JC Rev

3. No further appearances in this action by American Discount Security and Daud Wardak aka David Wardak are necessary in their capacity as Defendants.

IT IS SO STIPULATED BY THE UNDERSIGNED PARTIES.

DATED: April 30, 2010

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP

By: _____
JAMES G. MURRAY
Attorneys for Defendants,
AMERICAN DISCOUNT SECURITY
and DAUD WARDAK aka DAVID WARDAK

DATED: January 29, 2010

JIVAKA CANDAPPA, ESQ.

/s/ Jivaka Candappa
By: _____
Attorney for Plaintiff, KEVIN WALKER

DATED: April 30, 2010

RANDOLPH S. HOM, ESQ

/s/ Randolph S. Hom
By: _____
Attorneys for Defendants, City of Hayward; Officer Art Thoms; Officer Scott Lunger; Officer Zachary Hoyer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 05/03/10

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

2
STIPULATION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE AS AGAINST DEFENDANTS, AMERICAN DISCOUNT SECURITY AND DAUD WARDAK

//StipulationDismissal, JC Rev